

SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
DECEMBER 17, 2019 SESSION

FILED
DEC 17 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:19-00304

18 U.S.C. § 2
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(b)(1)

ELIZABETH KAYE HAWAY
RANDALL LEE PEGGS
also known as "RANDY PEGGS"

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE
(Receipt of Child Pornography)

On or about October 28, 2018, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ELIZABETH KAYE HAWAY did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2)and 2252A(b)(1).

**COUNT TWO**
**(Conspiracy to Produce Child Pornography)**

From in or about November 12, 2018, through in or about February 16, 2019, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendants ELIZABETH KAYE HAWAY and RANDALL LEE PEGGS, also known as RANDY PEGGS, conspired with one another to employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and where the visual depiction, was made using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18 United States Code, Sections 2251(a) and (e).

**COUNT THREE**
**(Distribution of Child Pornography)**

On or about November 20, 2018, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ELIZABETH KAYE HAWAY did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2252A(a)(2)and 2252A(b)(1).

**COUNT FOUR**
**(Production of Child Pornography)**

On or about February 16, 2019, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ELIZABETH KAYE HAWAY, did employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was made using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2 and 2251(a) and (e).

**COUNT FIVE**

**(Distribution of Child Pornography)**

On or about February 16, 2019, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ELIZABETH KAYE HAWAY did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2)and 2252A(b)(1).

**COUNT SIX**
**(Receipt of Child Pornography)**

On or about February 16, 2019, defendant RANDALL LEE PEGGS, also known as RANDY PEGGS, at or near Wheeling, West Virginia, did knowingly receive and attempt to receive child pornography as defined in 18 U.S.C. § 2256(8)(A), that had been sent from at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, and such child pornography had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

**FORFEITURE**

The allegations contained in Counts 1-6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253, as well as Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. § 2253(a), upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 and 2252A, the defendants, ELIZABETH KAYE HAWAY and RANDALL LEE PEGGS, also known as RANDY PEGGS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

This property includes, but is not limited to, any visual depictions and any books, magazines, periodicals, films, videotapes and other matter which contains such visual depictions, which were produced, transported, mailed, shipped or received in connection with the violations set forth in this Indictment; any real and personal property constituting or traceable to gross profits and other proceeds obtained from the violations set forth in this Indictment; and any real and personal property used or

intended to be used to commit or to facilitate the commission of the violations set forth in this Indictment.

MICHAEL B. STUART
United States Attorney

By: [signature]
KRISTIN F. SCOTT
Assistant United States Attorney